

EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| TEREKA MARSHALL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:20-CV-1565 |
| | * | |
| WAL-MART REAL ESTATE BUSINESS TRUST, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWERS TO PLAINTIFF'S INTERROGATORIES

**TO:** **TEREKA MARSHALL, PLAINTIFF**

**FROM:** **WALMART INC., DEFENDANT**

Defendant Walmart Inc. ("Walmart"), by and through its attorneys, Jennifer M. Alexander, Esquire, Kelly S. Kylis, Esquire, and McNamee, Hosea, Jernigan, Kim, Greenan and Lynch, P.A., answers Interrogatories from Plaintiff Tereka Marshall and states:

a. The information supplied in these Answers is not based solely upon the knowledge of the executing party, but includes the knowledge of the party's agents, representatives, and attorneys, unless privileged.

b. The word usage and sentence structure is that of the attorneys who in fact prepared these Answers and language does not purport to be the exact language of the executing party.

c. The Interrogatories have been interpreted and answered in accordance with the Maryland Rules of procedure, plain English usage, and to the extent not specifically challenged by objection, the definitions and instructions included with the Interrogatories.

d. Defendant reserves the right to amend or supplement these answers as new material information is discovered.

Defendant's knowledge at this time. Investigation and discovery are ongoing and Defendant reserves the right to supplement this Answer.

**INTERROGATORY NO. 20:** Identify any procedures which you followed, at and before the time of the Occurrence in question, concerning the inspection, maintenance, and cleaning of the area where Plaintiff's injuries occurred.

**ANSWER TO NO. 20:** Defendant objects to this Interrogatory as irrelevant, overbroad, unduly burdensome, not reasonably limited in time, location, or scope relevant to Plaintiff's alleged occurrence, and for these reasons not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to the extent this Interrogatory seeks confidential and proprietary corporate information. Without waiving objection, see Answer to Interrogatory No. 10. Investigation and discovery are ongoing and Defendant reserves the right to supplement this Answer.

**INTERROGATORY NO. 21:** Identify any warnings, whether verbal or written (such as by a sign, or otherwise), which were given to the Plaintiff prior to the Incident concerning the condition which Plaintiff claims caused or contributed to the Occurrence.

**ANSWER TO NO. 21:** Objection. Defendant had no notice, actual or constructive, of the clear liquid on the floor prior to Plaintiff's alleged occurrence and Defendant had no duty to warn of an unknown condition. Without waiving objection, none. Investigation and discovery are ongoing and Defendant reserves the right to supplement this Answer.

**INTERROGATORY NO. 22:** At the time of Plaintiff's injury, if you contend that any person or entity other than you and your employees and agents was responsible for the inspection, maintenance, and/or repair of the area where Plaintiff was injured, state each and every fact on which you base your contention and identify each and every writing that supports the contention.

**ANSWER TO NO. 22:** Defendant does not so contend.

**INTERROGATORY NO. 23:** Describe in detail any conversations you have had with the Plaintiff regarding the Incident.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

_____
Christopher Jones, Asset Protection Manager

_____
Jennifer M. Alexander
jalexander@mhlawyers.com
Fed. Bar No.: 15222
Kelly S. Kylis
kkylis@mhlawyers.com
Fed Bar. No.: 14126
**MCNAMEE HOSEA JERNIGAN KIM GREENAN & LYNCH, P.A.**
888 Bestgate Road, Suite 402
Annapolis, MD 21401
Phone: 410-266-9909
Fax: 410-266-8425
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 8th day of October 2020, a copy of the foregoing Answers to Interrogatories were e-mailed and mailed first-class mail, postage prepaid, to:

Thomas C. Costello, Esq.
Matthew T. Holley, Esq.
COSTELLO LAW GROUP
409 Washington Avenue, Suite 410
Towson, Maryland 21204
*Attorneys for Plaintiff*

_____
Jennifer M. Alexander, Esquire